1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 22-CV-60897-WPD

NATIONAL CHRISTMAS PRODUCTS, INC.

d/b/a NATIONAL TREE COMPANY,

        Plaintiff,

vs.

OJ COMMERCE, LLC,

        Defendant.

_____

ZOOM DEPOSITION

Friday, October 06, 2023

10:00 a.m. - 5:05 p.m.

DEPOSITION OF RICK PULEO

    Taken before MATTHEW KUNKLE, Court Reporter, a Notary Public for the State of Florida at Large, pursuant to Notice of Taking Deposition filed in the above-styled cause.

Ex. A

Rick Puleo
10/6/2023

```
                                                                2

 1
 2                      APPEARANCES OF COUNSEL
 3
 4    ON BEHALF OF THE DEFENDANT:
 5             SHLOMO HECHT, ESQ.
 6             THE LAW OFFICES OF SHLOMO Y. HECHT, P.A.
 7             3076 N COMMERCE PARKWAY
 8             MIRAMAR, FL 33025
 9             sam@hechtlawpa.com
10
11    ON BEHALF OF THE PLAINTIFF:
12             ALDONSA JANJIGIAN, ESQ.
13             ELLENOFF GROSSMAN & SCHOLE LLP
                       TH
14             1345 6   AVE
15             NEW YORK, NY 10105
16
17
18
19
20
21
22
23
24
```

Rick Puleo
10/6/2023

3

1                    **Excerpt**
2         Q    I am going to share my screen.  Okay.  For
3    the record this is a document that was produced by
4    National Christmas Tree.  It is Batch Number NTC024726.
5    Okay.  And this e-mail from Steve Downes directed again
6    to you Rich Puleo.  Have you seen this e-mail before?
7         A    I do not remember seeing this.
8         Q    Okay.  And basically, Steve is saying based
9    on our discussion about Amazon pricing last week, do we
10   need to back off on promotions we do with OJ Commerce.
11   Are you aware that there were some discussions about
12   Amazon pricing, they are in February of 2020?
13        A    Yes.  I recall something about that.
14        Q    Okay.  And what do you recall about this
15   discussion with Amazon pricing?
16        A    Amazon was complaining that other dropship
17   customers were undercutting their prices and, you know,
18   going under a map and it was hurting their margins.
19        Q    Okay.  So, this was a discussion that Steve
20   was having with Amazon?
21        A    I do not recall who had the discussions with
22   Amazon.
23        Q    But somebody within the National -- somebody
24   within the National Tree company was having
25   conversations with Amazon?

Rick Puleo
10/6/2023

4

1	A	We had an Amazon rep.  It could have been the
2	rep.
3	Q	I meant to say somebody from National
4	Christmas Products, somebody from the company.  Who was
5	the -- if it was an Amazon rep, who would be the person
6	that would be typically communicating with Amazon rep?
7	A	2020, it could have been myself or Steve.
8	Q	Okay.  So, and who was the Amazon rep that
9	you had during 2020?
10	A	The group is -- I believe the group is Portu
11	Sunberg.
12	Q	What was it, the group?
13	A	Yeah, the rep group.
14	Q	No.  But there -- was there an individual
15	like Amazon representative that you had this
16	conversations with like, who was the Amazon
17	representative at that time?
18	A	I do not recall
19	Q	Do you recall the first name?
20	A	No.
21	Q	Do you recall any Amazon rep that you talked
22	to around that period?
23	A	I believe one of them was Sandy.  I do not
24	remember their names.
25	Q	Sandy, was that a male or a female?

Rick Puleo
10/6/2023

5

```
1         A    Female.
2         Q    Okay.  Do you remember any other reps during
3    that -- sorry.  Any other rep other than Sandy?
4         A    No.  I forget their names.
5         Q    Okay.  Was there a designated rep from Amazon
6    that was working the National Tree account?
7         A    Yes.  I do not remember his name.
8         Q    Was there a designated rep from National Tree
9    that was working the Amazon account?
10        A    Steve and I were handling Amazon.
11        Q    Okay.  So, was it either you or Steve or both
12   of you at the same simultaneously?
13        A    It was both of us.
14        Q    Okay.  So, Amazon -- let us go back to the
15   conversations that you had with Amazon around that
16   period.  So, Amazon was complaining about other
17   dropshippers undercutting the price.  Was that a one-
18   time complaint that Amazon made or is that like a
19   repeated complaint that they kept launching?
20        A    I do not remember.
21        Q    Okay.  But you definitely remember Amazon
22   complaining about these issues with other retailers?
23        A    Yes.
24        Q    Okay.  And what was your response to Amazon
25   like, what were you going to do about it?
```

Rick Puleo
10/6/2023

6

1    A    We told him we would address the problem.
2    Q    You told him you were going to address the
3 problem?
4    A    Yes.
5    Q    And how were you and how were you going to
6 address the problems?
7    A    By enforcing the map prices.
8    Q    Okay.  Did Amazon make any specific demand
9 that if you are not going to do it, then they are going
10 to take certain actions against you?
11    A    They indicated that their buys would be a lot
12 lower.  That is the action they would take.
13    Q    Okay.  And you agreed to enforce your map in
14 order to ensure that the buys do not go lower?
15    A    Yes.  And actually, the sales department is
16 responsible for enforcing the map.
17    Q    Okay.  All right.  And then continuing this
18 e-mail, it says they have been doing 10% off about
19 every month for specific promotions and I guess this e-
20 mail is referring to OJ Commerce, so they have been
21 doing 10% off about specific promotions?
22    A    That is how I read it.
23    Q    Right.  So, essentially, how do you see that
24 related to the issue with Amazon about complaining
25 about the map prices?  Is that something, basically

Rick Puleo
10/6/2023

7

1  saying that -- is that, do you understand that Steve is
2  saying here that we do not want to give the discount to
3  OJ Commerce because we are going to get into trouble
4  with Amazon doing that?
5           MS. JANJIGIAN:  Objection to form.  That is a
6       compound question.  Can you please ask one
7       question at a time?
8           MR. HECHT:  Sure.
9  BY MR. HECHT:
10      Q    Let me break down the question for you, Rich.
11 He -- it seems this is a question that Steve Downes is
12 addressing to you asking whether he could give a
13 promotion to OJ Commerce.  Is that correct?
14      A    Yes.  He is asking if we should not give that
15 discount because of the issues we were having with
16 Amazon.
17      Q    So, in other words, was he saying he is
18 afraid that if you are going to give a discount to OJ
19 Commerce, you are going to get into trouble with
20 Amazon?
21      A    Correct.
22      Q    Okay.  And then you respond saying -- you
23 respond in that e-mail, I think that same day saying, I
24 think so.  And then you say, what do you think Joe and
25 sell?  But let us start with the first part where you

Rick Puleo
10/6/2023

8

1 say, I think so.  What do you -- what do you -- what
2 are you saying with I think so.  What do you understand
3 your response to be?
4      A    I am answering his question.  Do we need to
5 back off on promotions we do with OJ Commerce?
6      Q    Okay.  And you say, I think so, I think we
7 should back off on promotions with OJ Commerce?
8      A    Yes.
9      Q    Okay.  And then you have a respond also from
10 Sal saying, Yes and maybe other customers too.  What is
11 your understanding from that Sal is telling you and
12 Steve at that point?
13      A    He is saying we got to do the other customers
14 too, of course.
15      Q    Meaning, we should back off on promoting
16 other customers too?
17      A    We should back off on giving promotions to
18 other customers too.  That is my understanding.
19      Q    Okay.
20           MR. HECHT:  All right.  I think I am almost
21      done.  I suggest, why do not we take like a five,
22      so we can review to see if I have any specific
23      questions and then I can come back and tell you
24      whether we are completely done or I have maybe
25      just a few more questions to ask and then we will

Rick Puleo
10/6/2023

9

```
 1        be done, okay?
 2             MS. JANJIGIAN:  Okay.
 3             MR. HECHT:  Thank you.
 4             THE COURT REPORTER:  We are off the record.
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                                                    10
 1
 2                        REPORTER'S CERTIFICATE
 3
 4    STATE OF FLORIDA
 5    BROWARD COUNTY
 6
 7        I, MATTHEW KUNKLE, do hereby certify that I was
 8    authorized to and did report the foregoing proceedings;
 9    and that the transcript is a true and correct
10    transcription of my notes of the proceedings.
11        I further certify that I am not a relative, employee,
12    attorney or counsel of any of the parties, nor am I a
13    relative or counsel connected with the action, nor am I
14    financially interested in the action.
15
16        Dated this 10th day of October 2023
17                    _Matthew Kunkle_____
18                    MATTHEW KUNKLE
19                    Notary Public, State of Florida
20
21
22
23
24
25
```

**A**

a.m 1:14
above-styled 1:20
account 5:6,9
action 6:12 10:13,14
actions 6:10
address 6:1,2,6
addressing 7:12
afraid 7:18
agreed 6:13
ALDONSA 2:12
Amazon 3:9,12 3:15,16,20,22 3:25 4:1,5,6,8 4:15,16,21 5:5 5:9,10,14,15 5:16,18,21,24 6:8,24 7:4,16 7:20
answering 8:4
APPEARAN... 2:2
asking 7:12,14
attorney 10:12
authorized 10:8
AVE 2:14
aware 3:11

**B**

back 3:10 5:14 8:5,7,15,17,23
based 3:8
basically 3:8 6:25
Batch 3:4
BEHALF 2:4,11
believe 4:10,23
break 7:10
BROWARD 10:5
buys 6:11,14

**C**

CASE 1:3
cause 1:20
certain 6:10
CERTIFICATE 10:2
certify 10:7,11
Christmas 1:5 3:4 4:4
come 8:23
Commerce 2:7 3:10 6:20 7:3 7:13,19 8:5,7
COMMERC... 1:9
communicating 4:6
company 1:6 3:24 4:4
complaining 3:16 5:16,22 6:24
complaint 5:18 5:19
completely 8:24
compound 7:6
connected 10:13
continuing 6:17
conversations 3:25 4:16 5:15
correct 7:13,21 10:9
counsel 2:2 10:12,13
COUNTY 10:5
course 8:14
Court 1:1,17 9:4
customers 3:17 8:10,13,16,18

**D**

d/b/a 1:6
Dated 10:16
day 7:23 10:16

Defendant 1:10 2:4
definitely 5:21
demand 6:8
department 6:15
Deposition 1:12 1:15,19
designated 5:5,8
directed 3:5
discount 7:2,15 7:18
discussion 3:9 3:15,19
discussions 3:11 3:21
DISTRICT 1:1 1:2
document 3:3
doing 6:18,21 7:4
Downes 3:5 7:11
dropship 3:16
dropshippers 5:17

**E**

e- 6:19
e-mail 3:5,6 6:18 7:23
either 5:11
ELLENOFF 2:13
employee 10:11
enforce 6:13
enforcing 6:7,16
ensure 6:14
ESQ 2:5,12
essentially 6:23
Excerpt 3:1

**F**

February 3:12
female 4:25 5:1

filed 1:19
financially 10:14
first 4:19 7:25
five 8:21
FL 2:8
Florida 1:2,18 10:4,19
foregoing 10:8
forget 5:4
form 7:5
Friday 1:13
further 10:11

**G**

give 7:2,12,14 7:18
giving 8:17
go 5:14 6:14
going 3:2,18 5:25 6:2,5,9,9 7:3,18,19
GROSSMAN 2:13
group 4:10,10 4:12,13
guess 6:19

**H**

handling 5:10
HECHT 2:5,6 7:8,9 8:20 9:3
hurting 3:18

**I**

indicated 6:11
individual 4:14
interested 10:14
issue 6:24
issues 5:22 7:15

**J**

JANJIGIAN 2:12 7:5 9:2
Joe 7:24

**K**

kept 5:19
know 3:17
KUNKLE 1:17 10:7,18

**L**

Large 1:18
launching 5:19
LAW 2:6
LLP 2:13
lot 6:11
lower 6:12,14

**M**

mail 6:20
male 4:25
map 3:18 6:7,13 6:16,25
margins 3:18
MATTHEW 1:17 10:7,18
Meaning 8:15
meant 4:3
MIRAMAR 2:8
month 6:19

**N**

N 2:7
name 4:19 5:7
names 4:24 5:4
National 1:5,6 3:4,23,24 4:3 5:6,8
need 3:10 8:4
NEW 2:15
Notary 1:18 10:19
notes 10:10
Notice 1:19
NTC024726 3:4
Number 3:4
NY 2:15

Rick Puleo
10/6/2023

**O**

**Objection** 7:5
**October** 1:13
    10:16
**OFFICES** 2:6
**OJ** 1:9 3:10 6:20
    7:3,13,18 8:5,7
**okay** 3:2,5,8,14
    3:19 4:8 5:2,5
    5:11,14,21,24
    6:8,13,17 7:22
    8:6,9,19 9:1,2
**one-** 5:17
**order** 6:14

**P**

**P.A** 2:6
**p.m** 1:14
**PARKWAY** 2:7
**part** 7:25
**parties** 10:12
**period** 4:22 5:16
**person** 4:5
**Plaintiff** 1:7
    2:11
**please** 7:6
**point** 8:12
**Portu** 4:10
**price** 5:17
**prices** 3:17 6:7
    6:25
**pricing** 3:9,12
    3:15
**problem** 6:1,3
**problems** 6:6
**proceedings**
    10:8,10
**produced** 3:3
**Products** 1:5 4:4
**promoting** 8:15
**promotion** 7:13
**promotions** 3:10
    6:19,21 8:5,7
    8:17

**Public** 1:18
    10:19
**Puleo** 1:15 3:6
**pursuant** 1:19

**Q**

**question** 7:6,7
    7:10,11 8:4
**questions** 8:23
    8:25

**R**

**read** 6:22
**recall** 3:13,14,21
    4:18,19,21
**record** 3:3 9:4
**referring** 6:20
**related** 6:24
**relative** 10:11,13
**remember** 3:7
    4:24 5:2,7,20
    5:21
**rep** 4:1,2,5,6,8
    4:13,21 5:3,5,8
**repeated** 5:19
**report** 10:8
**Reporter** 1:17
    9:4
**REPORTER'S**
    10:2
**representative**
    4:15,17
**reps** 5:2
**respond** 7:22,23
    8:9
**response** 5:24
    8:3
**responsible** 6:16
**retailers** 5:22
**review** 8:22
**Rich** 3:6 7:10
**RICK** 1:15
**right** 6:17,23
    8:20

**S**

**Sal** 8:10,11
**sales** 6:15
**sam@hechtla...**
    2:9
**Sandy** 4:23,25
    5:3
**saying** 3:8 7:1,2
    7:17,22,23 8:2
    8:10,13
**says** 6:18
**SCHOLE** 2:13
**screen** 3:2
**see** 6:23 8:22
**seeing** 3:7
**seen** 3:6
**sell** 7:25
**share** 3:2
**SHLOMO** 2:5,6
**simultaneously**
    5:12
**somebody** 3:23
    3:23 4:3,4
**sorry** 5:3
**SOUTHERN**
    1:2
**specific** 6:8,19
    6:21 8:22
**start** 7:25
**State** 1:18 10:4
    10:19
**STATES** 1:1
**Steve** 3:5,8,19
    4:7 5:10,11 7:1
    7:11 8:12
**suggest** 8:21
**Sunberg** 4:11
**Sure** 7:8

**T**

**take** 6:10,12
    8:21
**Taken** 1:17
**talked** 4:21

**tell** 8:23
**telling** 8:11
**TH** 2:13
**Thank** 9:3
**think** 7:23,24,24
    8:1,2,6,6,20
**time** 4:17 5:18
    7:7
**told** 6:1,2
**transcript** 10:9
**transcription**
    10:10
**Tree** 1:6 3:4,24
    5:6,8
**trouble** 7:3,19
**true** 10:9
**typically** 4:6

**U**

**undercutting**
    3:17 5:17
**understand** 7:1
    8:2
**understanding**
    8:11,18
**UNITED** 1:1

**V**

**vs** 1:8

**W**

**want** 7:2
**week** 3:9
**words** 7:17
**working** 5:6,9

**X**

**Y**

**Y** 2:6
**Yeah** 4:13
**YORK** 2:15

**Z**

**ZOOM** 1:12

**0**

**06** 1:13

**1**

**10%** 6:18,21
**10:00** 1:14
**10105** 2:15
**10th** 10:16
**1345** 2:14

**2**

**2020** 3:12 4:7,9
**2023** 1:13 10:16
**22-CV-60897-...**
    1:3

**3**

**3076** 2:7
**33025** 2:8

**4**

**5**

**5:05** 1:14

**6**

**6** 2:14