| | |
|---|---|
| **From:** | Rich Puleo |
| **Sent:** | Wednesday, March 18, 2020 12:58 PM EDT |
| **To:** | Steve Downs |
| **CC:** | Joe Puleo; Sal Puleo |
| **Subject:** | RE: OJ Commerce |

Let's start with April.  I think we should just offer it for limited time periods.

Rich Puleo



**2 Commerce Drive, Cranford, NJ 07016**
    **Tel:** (908) 709-4141 ext: 202
         **Fax:** (908) 709-4145

**From:** Steve Downs
**Sent:** Wednesday, March 18, 2020 12:55 PM
**To:** Rich Puleo
**Cc:** Joe Puleo; Sal Puleo
**Subject:** RE: OJ Commerce

For April or the rest of the season?

**Steve Downs**
Senior Vice President of Sales
P: 908-709-4141 x. 226
F: 908-709-4145
Steve@NationalTree.com
www.NationalTree.com

**From:** Rich Puleo <Rich@nationaltree.com>
**Sent:** Tuesday, March 17, 2020 4:00 PM
**To:** Steve Downs <steve@nationaltree.com>
**Cc:** Joe Puleo <Joe@nationaltree.com>; Sal Puleo <Sal@nationaltree.com>
**Subject:** RE: OJ Commerce

You can give them a 10% discount on the items that Amazon didn't sell many of and are not on Amazon's 2019 DI order.

Rich Puleo

Ex. B

NTC_024731



**2 Commerce Drive, Cranford, NJ 07016**
**Tel:** (908) 709-4141 ext: 202
**Fax:** (908) 709-4145

**From:** Steve Downs
**Sent:** Tuesday, March 17, 2020 3:33 PM
**To:** Joe Puleo; Rich Puleo
**Cc:** Sal Puleo
**Subject:** RE: OJ Commerce

They are asking if we can offer anything, either through permanent cost reductions for the year, or through specific promotional pricing urgently for April.

Can we do anything?

**Steve Downs**
Senior Vice President of Sales
P: 908-709-4141 x. 226
F: 908-709-4145
Steve@NationalTree.com
www.NationalTree.com

**From:** Joe Puleo <Joe@nationaltree.com>
**Sent:** Wednesday, February 26, 2020 1:44 PM
**To:** Rich Puleo <Rich@nationaltree.com>; Steve Downs <steve@nationaltree.com>
**Cc:** Sal Puleo <Sal@nationaltree.com>
**Subject:** RE: OJ Commerce

I would say yes

Best Regards,

*Joe Puleo*
NATIONAL Tree COMPANY.
**Tel:** (908) 709-4141 ext: 201
**Fax:** (908) 709-4145 - 709-8281

**From:** Rich Puleo <Rich@nationaltree.com>
**Sent:** Wednesday, February 26, 2020 12:46 PM
**To:** Steve Downs <steve@nationaltree.com>
**Cc:** Sal Puleo <Sal@nationaltree.com>; Joe Puleo <Joe@nationaltree.com>
**Subject:** RE: OJ Commerce

I think so.  What do you think, Joe and Sal?

Rich Puleo



**2 Commerce Drive, Cranford, NJ 07016**
   **Tel:** (908) 709-4141 ext: 202
       **Fax:** (908) 709-4145

**From:** Steve Downs
**Sent:** Wednesday, February 26, 2020 11:46 AM
**To:** Rich Puleo
**Cc:** Sal Puleo; Joe Puleo
**Subject:** OJ Commerce

Based on our discussion about Amazon pricing last week, do we need to back off on promotions we do with OJ Commerce? They have been doing 10% off about every month for specific promotions.

Steve Downs
Senior Vice President of Sales
P: 908-709-4141 x. 226
F: 908-709-4145
Steve@NationalTree.com
www.NationalTree.com

This email was scanned for National Tree Company by Bitdefender