| | |
|---|---|
| **From:** | Sal Puleo |
| **Sent:** | Wednesday, February 26, 2020 1:27 PM EST |
| **To:** | Rich Puleo; Steve Downs |
| **Cc:** | Joe Puleo |
| **Subject:** | RE: OJ Commerce |

Yes and maybe other customers too.

**From:** Rich Puleo
**Sent:** Wednesday, February 26, 2020 12:46 PM
**To:** Steve Downs
**Cc:** Sal Puleo; Joe Puleo
**Subject:** RE: OJ Commerce

I think so.  What do you think, Joe and Sal?

Rich Puleo



**2 Commerce Drive, Cranford, NJ 07016**
> **Tel:** (908) 709-4141 ext: 202
> **Fax:** (908) 709-4145

**From:** Steve Downs
**Sent:** Wednesday, February 26, 2020 11:46 AM
**To:** Rich Puleo
**Cc:** Sal Puleo; Joe Puleo
**Subject:** OJ Commerce

Based on our discussion about Amazon pricing last week, do we need to back off on promotions we do with OJ Commerce? They have been doing 10% off about every month for specific promotions.

**Steve Downs**
Senior Vice President of Sales
P: 908-709-4141 x. 226
F: 908-709-4145
Steve@NationalTree.com
www.NationalTree.com

This email was scanned for National Tree Company by Bitdefender

Ex. C

NTC_024726