| | |
|---|---|
| **From:** | Bre Ogata |
| **Sent:** | Wednesday, April 15, 2020 6:39 PM EDT |
| **To:** | Gabrielle Puleo |
| **CC:** | Ratchel Pinlac; Rich Puleo; Erica Sullivan |
| **Subject:** | RE: National Tree MAP Violations - Week of 4/6/2020 |

Hi Gabrielle,

In a quick spot check it looks like these items are no longer available on ▮▮▮▮ as of today. I am not sure how their marketplace works entirely but assuming they are out of stock. In this case, we can disregard.

Thanks!

**Bre Ogata | Account Manager**
O: 206-819-4322
www.OrcaPac.com
1100 Dexter Ave N Ste 200
Seattle WA 98109-3598



**From:** Gabrielle Puleo <Gabrielle@nationaltree.com>
**Sent:** Wednesday, April 15, 2020 6:47 AM
**To:** Bre Ogata <breo@orcapac.com>
**Cc:** Ratchel Pinlac <ratchel@orcapac.com>; Rich Puleo <Rich@nationaltree.com>; Erica Sullivan <erica@orcapac.com>
**Subject:** RE: National Tree MAP Violations - Week of 4/6/2020

Hi Bre,

Sorry for the delay. Yes, I think this format will work fine!

There are a lot of ▮▮▮▮▮▮ items that I am not able to find. I listed some examples below.

| | |
|---|---|
| 377760807 | PEND2-D12-120 |
| 56163111 | NRV7-500-160 |
| 56163107 | DUH3-D31-120 |
| 390397184 | DUBH-90LO-S1 |

Are you able to find them on ▮▮▮▮▮▮ and send me a link?

Thank you,
Gabrielle Puleo

Ex. D

NTC_024340



Manager of Internet Operations
Email: gabrielle@nationaltree.com
Tel: (908) 709-4141 EXT: 222
2 Commerce Drive, Cranford, NJ 07016

**From:** Bre Ogata <breo@orcapac.com>
**Sent:** Tuesday, April 7, 2020 2:48 PM
**To:** Gabrielle Puleo <Gabrielle@nationaltree.com>
**Cc:** Ratchel Pinlac <ratchel@orcapac.com>; Rich Puleo <Rich@nationaltree.com>; Erica Sullivan <erica@orcapac.com>
**Subject:** National Tree MAP Violations - Week of 4/6/2020

Hi Gabrielle,

I hope you are doing well and staying healthy!

As promised, here is a weekly list of MAP violators. I will continue to provide this for you on an ongoing basis. Please let me know if this format is easy for you to identify which items need to be turned off and which seller/retailer is in violation.

**Callouts:**
- Besides ████████████ directly selling items below MAP, OJ Commerce had an additional 168 violations



| Seller | Items in Violation |
|---|---|
| ████████ | ████ |
| OJCommerce | 168 |
| ████████ | ████ |

Report (Attached)
**Overview Tab**
- List of sellers and items in violation

**4/6 Tab**

- Full list of weekly violations
- I have broken out the retailers on separate tabs as well.

Please let me know if you have any questions!

Best,

**Bre Ogata | Account Manager**
O: 206-819-4322
www.OrcaPac.com
1100 Dexter Ave N Ste 200
Seattle WA 98109-3598



This email was scanned for National Tree Company by Bitdefender