UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60331-WPD

OJ COMMERCE, LLC

        Plaintiff,

   v.

NATIONAL CHRISTMAS PRODUCTS, LLC
d/b/a NATIONAL TREE COMPANY, NATIONAL
CHRISTMAS PRODUCTS, INC. d/b/a NATIONAL
TREE COMPANY, NATIONAL TREE
INTERMEDIARY, LLC, NATIONAL TREE
HOLDING, LLC, JOSEPH A. PULEO,
SALVATORE PULEO, JR., and RICHARD PULEO,

        Defendants.

_____

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Fed. R. Civ. P. and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendants National Christmas Products, LLC d/b/a National Tree Company, National Tree Intermediary, LLC, National Tree Holding, LLC, Joseph A. Puleo, Salvatore Puleo, Jr. and Richard Puleo ("Defendants") state the following:

National Christmas Products, LLC d/b/a National Tree Company, National Tree Intermediary, LLC, and National Tree Holding, LLC (the "LLC Defendants") are not public corporations, and no publicly held corporation owns more than 10% or more of any of the LLC Defendants' membership interests.

## CERTIFICATE OF INTERESTED PARTIES

Defendants identify the following interested parties:

1. National Christmas Products, LLC;
2. National Tree Intermediary, LLC;
3. National Tree Holding, LLC;
4. Puleo Acquisition Corp.;
5. Joseph Puleo;
6. Salvatore Puleo;
7. Richard Puleo;
8. National Tree Ultimate Holding, LLC;
9. MC Credit Fund IA (Loan Funding) LP;
10. MC Credit Fund I LP, with respect to Class IB;
11. MC Credit Fund III (Loan Funding) LP;
12. MC Credit Fund N (Loan Funding) LP;
13. MC Credit Fund III (Delaware) LP;
14. MC Credit Fund III-U (Delaware) LP;
15. Digital Fuel Seasonal Décor, LLC; and
16. National Tree Management Holding, LLC.
17. National Tree Ultimate Holding, LLC
18. Sun National Tree, L.P.
19. Sun Holdings VII, LLC
20. Sun Capital Partners VII, L.P.
21. Counsel for all parties involved in this litigation.

Date:   May 7, 2024                    Respectfully submitted,

                                            **BLACK SREBNICK**

By:      /s/ *Kyle A. Johnson, Esq.*
       Kyle A. Johnson, Esq. Florida Bar No.: 113324
       KJohnson@RoyBlack.com
       Lance W. Shinder, Esq. Florida Bar No.: 851711
       LShinder@RoyBlack.com
       One Town Center, Suite 201
       Boca Raton, Florida 33486
       (561) 361-6800
       (561) 361-0062 (fax)

*Counsel for Defendants*

**ELLENOFF GROSSMAN & SCHOLE LLP**

/s/ John B. Horgan
John B. Horgan (admitted pro hac vice)
1345 Avenue of the Americas, 11th Floor
New York, New York 10105
(212) 370-1300
(212) 370-7889 (fax)
jhorgan@egsllp.com