UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-60331-CIV-DIMITROULEAS

YALE MARGOLIS,

   Plaintiff,

vs.

TRANUNION, LLC et al.,

   Defendants.
_____/

**ORDER TO SHOW CAUSE**

THIS CAUSE is before the Court *sua sponte*.

On February 27, 2023, this Court entered its initial Order, which required the parties to submit appropriate dismissal papers within ten (10) calendar days of notifying the Court that the case has settled. *See* [DE 5]. On November 6, 2024, Defendant American Express National Bank filed a joint status report, stating that the parties finalized a written settlement agreement on October 31, 2024 [DE 103]. However, as of the date of this Order, a stipulation, notice, or motion for dismissal has not been filed with the Court.

Accordingly, it is **ORDERED AND ADJUDGED** that no later than **November 26, 2024**, the parties shall either file the appropriate dismissal papers or show cause why those papers have not been filed.

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Broward County, Florida, this 19th day of November 2024.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of record