UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 0:24-cv-60331-WPD

OJ COMMERCE, LLC,

Plaintiff,

v.

NATIONAL CHRISTMAS PRODUCTS,
LLC. d/b/a NATIONAL TREE COMPANY,
NATIONAL TREE INTERMEDIARY, LLC,
NATIONAL TREEHOLDING, LLC,
JOSEPH A. PULEO, SALVATORE PULEO, JR.,
and RICHARD PULEO,

Defendants.
_______________________________________/

**ORDER ON REMAND**

THIS CAUSE is before the Court on the Order of Remand from the Eleventh Circuit Court of Appeals, received on October 20, 2026 (the "Order") [DE 77].

The Eleventh Circuit Court of Appeals remanded this case after reversing this Court's finding that Plaintiff failed to plausibly allege a claim under section 1 of the Sherman Antitrust Act, remanding for "proceedings consistent with this opinion." [DE 77] at 2. In its opinion, the Eleventh Circuit found that Plaintiff-Appellant "OJ Commerce plausibly alleged an actual-effects claim under section 1" of the Sherman Act. *Id.*

The Eleventh Circuit deemed Plaintiff OJ Commerce's Complaint plausibly alleged that, "after the agreements were formed, prices across the relevant market rose more than 15% above the competitive market level, while costs and the general price level practically stood still." *Id.* at 9.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **November 5, 2026**, the Defendant shall file an Answer to Plaintiff's Second Amended Complaint, or otherwise respond to the Complaint in accordance with the Eleventh Circuit's Opinion. Within 35 days of Defendant's Answer, the Parties shall file a Joint Scheduling Report per this Court's Order [DE 25].
2. The Clerk is **DIRECTED** to reopen the case for further proceedings.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 22nd day of October, 2026.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

All Counsel of Record